J. P. Rogers, appellee, v. Maurice L. Cowen, appellant.  Gen. No. 38,762.

Opinion filed November 4, 1936.

Erwin E. Cowen, for appellant.  No appearance for appellee.

Mr. Justice Hebel delivered the opinion of the court.

Mariona Enzelis, appellee, v. Douisette Enzelis, since remarried and now known as Domicele Martisius, appellant.  Gen. No. 38,776.

Opinion filed November 4, 1936.

William E. Rafferty, for appellant.  M. J. Kossack, for appellee.

Mr. Justice Hebel delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Harry Strom, plaintiff in error.  Gen. No. 38,811.

Opinion filed November 4, 1936.

Frank A. McDonnell, for plaintiff in error; Elwyn E. Long, of counsel.  Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Richard H. Devine, Melvin S. Rembe and E. I. Harrington, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Old Fort Dearborn Wine and Liquor Company, appellee, v. Old Dearborn Distributing Company, appellant.  Gen. No. 38,978.

Opinion filed November 4, 1936.

Irving Breakstone and Irving Greenspahn, for appellant.  Moses, Kennedy, Stein & Bachrach, for appellee; Hamilton Moses, Stanley Morris and R. Weyand, of counsel.

Mr. Justice Hebel delivered the opinion of the court.